UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NICHOLAS SINGLETON, : | Case No. 1:22-cv-19 |
|    Plaintiff, : | |
| : | Judge Timothy S. Black |
| vs. : | |
| : | Magistrate Judge Caroline H. Gentry |
| WARREN COUNTY SHERIFF'S : | |
| OFFICE, *et al.*, : | |
|    Defendants. : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 12); AND
TERMINATING THIS CASE ON THE COURT'S DOCKET**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Caroline H. Gentry.  Pursuant to such reference, the Magistrate Judge submitted a Report and Recommendation on March 23, 2022, recommending that Plaintiff's motion to remand be granted and, accordingly, that Defendant's motion to dismiss be deemed as moot and denied without prejudice.  (Doc. 12).  No objections were filed to the Report and Recommendation, and the time for doing so has now expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.  Accordingly:

    1.    The Report and Recommendation (Doc. 12) is **ADOPTED**;

2. Plaintiff's motion to remand (Doc. 4) is **GRANTED**, and this case is accordingly **REMANDED** to the Warren County Court of Common Pleas for further proceedings;

3. Defendant's motion to dismiss (Doc. 11) shall be terminated as **MOOT**;

4. The Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 7/5/2022

*s/Timothy S. Black*
Timothy S. Black
United States District Judge